IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

FILED BY _____ D.C.

05 AUG 29 PM 3: 46

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

JOHN DOUGHERTY

    Plaintiff,

vs.

                              Case No.   03-2115-Ma V

FAULKNER'S AUTO BODY
CENTER, INC., &
RONALD COLEMAN,

    Defendants.

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

It appears to the Court, as evidenced by the signature of counsel hereto, that all matters and things in controversy have been compromised and settled, and that this entire cause should be dismissed with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this entire cause be and is hereby dismissed with prejudice. Each party shall pay its own costs of any kind or nature.

_____
SAMUEL H. MAYS, Jr.
United States District Judge

DATE: ____August 29, 2005____

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___9-6-05___

140

_G. Patrick Arnoult_

G. PATRICK ARNOULT
DONALD W. PEMBERTON
Attorneys for Intervening Plaintiff,
Homer Skelton Enterprises, Inc.

by WDM
w/permission


_Robert L. Green_

ROBERT L. GREEN
Attorney for Faulkner's Auto Body
Center, Inc.

by WDM
w/permission


_Gregory H. Oakley_

GREGORY H. OAKLEY
Attorney for Plaintiff

by WDM
w/permission.


**McWHIRTER, WYATT, & ELDER**
Attorneys for Defendant, Ronald Coleman
73 Union Avenue
Memphis, Tennessee  38103
(901) 522-1813


BY: _____
WARREN D. MCWHIRTER #15230


M:\DATA\WARREN\A-G\Coleman v. Dougherty\Order of Dismissal with Prejudice new.frm

-2-

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 140 in case 2:03-CV-02115 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

G. Patrick Arnoult
THE BOGATIN LAW FIRM
1661 International Place Dr.
Suite 300
Memphis, TN 38120

Greg Oakley
SMALL SOPER & OAKLEY
One Burton Hills Blvd.
Ste. 330
Nashville, TN 37215

Geoffrey Gaia
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Robert L. Green
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 30103

J. Cecil McWhirter
MCWHIRTER WYATT BRANNON & ELDER
73 Union Avenue
Memphis, TN 38103

Warren D. McWhirter
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Daniel W. Small
SMALL SOPER OAKLEY
One Burton Hills Blvd.
Ste. 330
Nashville, TN 37215

Warren D. McWhirter
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Daniel W. Small
SMALL SOPER OAKLEY
One Burton Hills Blvd.
Ste. 330
Nashville, TN 37215

Greg Oakley
SMALL SOPER & OAKLEY
One Burton Hills Blvd.
Ste. 330
Nashville, TN 37215

J. Cecil McWhirter
MCWHIRTER WYATT BRANNON & ELDER
73 Union Avenue
Memphis, TN 38103

Robert L. Green
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 30103

Geoffrey Gaia
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

G. Patrick Arnoult
THE BOGATIN LAW FIRM
1661 International Place Dr.
Suite 300
Memphis, TN 38120

Honorable Samuel Mays
US DISTRICT COURT